# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

**U.S.A. vs. JOSEPH JILES**                                        Docket No. 3:00CR00243(DJS)

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Jennifer L. Amato, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Joseph Jiles who was sentenced to 37 months imprisonment for a violation of 18 U.S.C. § 1622, Subornation of Perjury by the Honorable Dominic J. Squatrito sitting in the Court at Hartford, Connecticut on December 20, 2001, who fixed the period of supervision at three years which commenced on January 20, 2004 and imposed the general terms and conditions theretofore adopted by the court. The Court imposed the following special conditions: 1) The defendant shall comply with substance abuse treatment program, either inpatient or outpatient, as directed by the U.S. Probation Office, which may include random urine testing. The defendant shall pay all or a portion of costs associated with such treatment, according to his ability to pay, as directed by probation. 2) The defendant shall participate in a mental health treatment program, as directed by the U.S. Probation Office, and shall pay all or a portion of the costs associated with such treatment, according to his ability to pay, as directed by probation. 3) The defendant shall participate in vocational training or educational training, as directed by the probation office.

Mr. Jiles' supervision is set to expire on 1/19/2007.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following conditions of supervised release:

<u>Charge No: 1 Mandatory Condition No 1: You shall not commit another federal, state or local crime.</u> On November 3, 2004, the U.S. Probation Office was informed that since October 1, 2004, the Hartford, Connecticut Police Department has a pending arrest warrant against Mr. Jiles charging Criminal Possession of a Firearm, Assault 3rd Degree and Threatening 2nd Degree. There is a $100,000 bond placed on this warrant.

<u>Charge No: 2: Standard Condition No 7: You shall notify the probation officer ten days prior to any change in residence or employment.</u> On November 3, 2004, a home visit was conducted to Mr. Jiles' last known address. During that visit, Mr. Jiles' mother notified the probation office that he no longer resides there and his current whereabouts are unknown. Several attempts to contact Mr. Jiles at that residence over the past 30 days have been unsuccessful. At this time, Mr. Jiles is considered to be an absconder.

**PRAYING THAT THE COURT WILL ORDER** a warrant to issue with the period of supervision tolled.

**ORDER OF COURT**

Considered and ordered this 5TH day of Nov., 2004 and ordered filed and made a part of the records in the above case.

_____
The Honorable Dominic J. Squatrito
United States District Judge

Sworn to By

_____
Jennifer L. Amato
United States Probation Officer

Place    11/5/04

Date    Hartford, CT.

Before me, the Honorable Dominic J. Squatrito, United States District Judge, on this 5TH day of November, 2004 at Hartford, Connecticut, U.S. Probation Officer Jennifer L. Amato appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

_____
The Honorable Dominic J. Squatrito
United States District Judge