FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2005 JAN 13 A 8:09

U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 3:00CR243(DJS) |
| JOSEPH JILES | : | January 12, 2005 |

APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States of America, prosecuting in its own sovereign right and behalf by Thomas V. Daily, Assistant United States Attorney, and respectfully informs this Honorable Court:

1. On January 18, 2005, at 10:00 A.M., there will come before this Court, at Hartford, Connecticut, the criminal case of United States of America v. Joseph Jiles, Criminal No. 3:00CR243(DJS).

2. That the above-named defendant, Joseph Jiles, is charged with violation of Title 10, United States Code, Section 3583.

3. That the said Joseph Jiles is now confined at the Hartford Correctional Center.

That the said Joseph Jiles should be presented before said District Court of the United States, District of Connecticut, at said time and place so said defendant may be prosecuted for said offense, or from time to time thereafter as the case may be adjourned to.

WHEREFORE, your petitioner respectfully prays that this Court may issue its Writ of Habeas Corpus Ad Prosequendum to the Warden, Hartford Correctional Center and the United States Marshal for the

District of Connecticut, or any of his proper deputies, ordering them to produce the said Joseph Jiles at the United States Courthouse, 450 Main Street, Hartford, Connecticut, or from time to time thereafter as the case may be adjourned to, under proper, safe and secure conduct.

UNITED STATES OF AMERICA

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

THOMAS V. DAILY
ASSISTANT UNITED STATES ATTORNEY

STATE OF CONNECTICUT          :
                              :  ss. Hartford, Jan. 12, 2005
COUNTY OF HARTFORD            :

Personally appeared before me Thomas V. Daily, Assistant United States Attorney for the District of Connecticut, to me known, who, on oath, states that he has read the foregoing application, that he is familiar with the contents of same, that same is true of his own knowledge except as to such matters therein alleged to be on information and belief, and as to such matters, he believes it to be true.

*Bernadette Ellis*
Bernadette Ellis
Notary Public

My commission expires: March 31, 2009