
Form 12

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**U.S.A. vs. JOSEPH JILES**

Docket No. 3:00CR00243(DJS)

### PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Anne M. Sangiovanni, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Joseph Jiles who was sentenced to 37 months' imprisonment for a violation of 18 U.S.C. § 1622, Subornation of Perjury by the Honorable Dominic J. Squatrito, Senior United States District Judge, sitting in the Court at Hartford, Connecticut on December 20, 2001, who fixed the period of supervision at three years which commenced on January 20, 2004 and imposed the general terms and conditions theretofore adopted by the court. The Court imposed the following special conditions: 1) The defendant shall comply with substance abuse treatment program, either inpatient or outpatient, as directed by the U.S. Probation Office, which may include random urine testing. The defendant shall pay all or a portion of costs associated with such treatment, according to his ability to pay, as directed by probation. 2) The defendant shall participate in a mental health treatment program, as directed by the U.S. Probation Office, and shall pay all or a portion of the costs associated with such treatment, according to his ability to pay, as directed by probation. 3) The defendant shall participate in vocational training or educational training, as directed by the probation office. On May 20, 2005, Mr. Jiles term of supervised release was revoked and he was sentenced to 12 months and one day imprisonment to be followed by a term of supervised release of 23 months with all previous conditions imposed.

Mr. Jiles term of supervised release is set to conclude via maximum expiration on August 26, 2007.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following conditions of supervised release:

<u>Charge No: 1 Mandatory Condition:</u>"You shall not commit another federal, state or local crime." On April 18, 2006, the defendant was arrested by the Hartford Police Department and charged with Disorderly Conduct. On May 22, 2006, the defendant was arrested by the Hartford Police Department and charged with Threatening 2nd Degree. On July 4, 2006, Mr Jiles was arrested by the Hartford Police Department and charged with Loitering & Drinking in Public. All matters remain pending in Hartford Superior Court. On September 12, 2006, Mr. Jiles was arrested by the Hartford Police Department and charged with Carrying a Pistol without a Permit & Money Laundering 1st Degree. He is being held on a $250,000 bond.

**PRAYING THAT THE COURT WILL ORDER** issue a warrant to be lodged as a detainer with the period of supervision tolled.

**ORDER OF COURT**

Considered and ordered this 12Th day of September, 2006 and ordered filed and made a part of the records in the above case.

The Honorable Christopher F. Droney
United States District Judge

Sworn to By

Anne M. Sangiovanni
United States Probation Officer

Place  Hartford CT
Date  9/12/06

Before me, the Honorable Christopher F. Droney, United States District Judge, on this 12Th day of September, 2006 at Hartford, Connecticut, U.S. Probation Officer Anne M. Sangiovanni appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

The Honorable Christopher F. Droney
United States District Judge