UNITED STATES DISTRICT COURT          FILED

DISTRICT OF CONNECTICUT      2007 JUN 14 P 12: 45

DISTRICT COURT
HARTFORD, CT.

UNITED STATES OF AMERICA          :

  v.                          : CASE NO. 3:00CR243(DJS)

JOSEPH JILES                      :


TRANSFER ORDER


In the interest of justice, the above captioned case is hereby transferred to the Honorable   Alvin Thompson          , United States District Judge.   All further pleadings or documents in this matter should be filed with the Clerk's Office in Hartford, Connecticut and bear the docket number   3:00cr243AWT   _____. Pleadings or documents related to this action and filed in any other seat of court will be refused at the Clerk's Office and returned to you unfiled.

It is so **ORDERED.**

Dated at Hartford, Connecticut this 14th day of June 2007.


/s/ DJS
Dominic J. Squatrito
U.S. District Judge