CT/revprob(October 17, 2001)

HONORABLE _Thompson_
DEPUTY CLERK _Smith_    RPTR/~~ERO/TAPE~~ _Huntington_
USPO _Gray_    INTERPRETER _____

TOTAL TIME: ____ hours _30_ minutes

DATE _6/21/07_    START TIME _9:35am_    END TIME _10:05am_

CR. No. _00CR243_    DEFT # _1_

UNITED STATES OF AMERICA
        §
        §
vs.     §
        §
_Joseph Jiles_      §

_Tom Daily_ AUSA

_Terry Ward_ ☐
Counsel for Defendant: CJA (C), Ret (R), PDA (P)

### ~~PROBATION~~/SUPERVISED RELEASE VIOLATION HEARING

☒ (kviosrhrg.)SUPERVISED RELEASE  ☐ (kprobhrgg)PROBATION  (check one)

☐ ..... Deft arrested on _____ (kars.)
☐ ..... Deft failed to appear, Bench warrant to issue
☒ ..... ☒ (kprobhrg./h) Violation Hrg held ☐ Violation Hrg continued until _____ at _____
☒ ..... Deft admits violation
☐ koapptpd .. Order appointing Federal Public Defender's Office filed
☒ ..... Court finds deft ☒ has ☐ has not violated terms of ☐ probation ☒ supervised release
☒ ..... ~~Probation~~/Supervised Release ☒ revoked ☐ continued ☐ modified
☒ ..... _11_ months _and 29 days_ imprisonment on Count(s) _one, w/credit for time served._
☐ ..... Upon release the defendant shall be on supervised release for a term of _____ years/months
☐ ..... ☐ Supervised release ☐ probation continued for a period of _____ years/months on count(s)

☐ ..... Deft shall pay a fine of $_____ on Count(s) _____ to be paid by _____
☒ ..... Court recommends incarceration at _facility as close to CT as possible._
☐ ..... Deft shall pay $ _____ per month for the cost of ☐ incarceration ☐ supervised release
        ☐ community confinement (Halfway House)
☐ ..... Deft shall refrain from any use or unlawful possession or distribution of a narcotic drug.
☐ ..... Deft ordered to surrender on _____ to ☐ U.S. Marshal ☐ institution
☐ ..... Bond ☐ continued ☐ set at $ _____ ☐ Non-surety ☐ Surety ☐ PR
☐ ..... Violation sentencing set for _____
☒ ..... Deft detained (kloc.)
☒ ..... _USPO will prepare Amended Judgment_

☒ _See attached_
☒ ~~SEE CONDITIONS OF SUPERVISED RELEASE/PROBATION ON REVERSE~~

The record was corrected to reflect that the defendant was arrested by the Hartford Police Department on May 22, 2006, and subsequently appeared in the Hartford Superior Court on **June 6, 2007**. Paragraph three on Probation Form 12, filed on June 19, 2007, is amended to read as follows:

<u>Charge No. 1: Mandatory Condition: "You shall not commit another federal, state or local crime."</u> On May 22, 2006. The defendant was arrested by the Hartford Police Department and charged with Threatening 2nd Degree. On **June 6, 2007**, Mr. Jiles appeared in the Hartford Superior Court where he pled guilty to the charge and was sentenced to an Unconditional Discharge.

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. JOSEPH JILES

Docket No. 3:00CR00243(AWT)

### AMENDED PETITION ON PROBATION AND SUPERVISED RELEASE

COMES NOW Xenia T. Gray, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Joseph Jiles who was sentenced to 37 months' imprisonment for a violation of 18 U.S.C. § 1622, Subornation of Perjury by the Honorable Dominic J. Squatrito, Senior United States District Judge, sitting in the Court at Hartford, Connecticut on December 20, 2001, who fixed the period of supervision at three years which commenced on January 20, 2004 and imposed the general terms and conditions theretofore adopted by the court. The Court imposed the following special conditions: 1) The defendant shall comply with substance abuse treatment program, either inpatient or outpatient, as directed by the U.S. Probation Office, which may include random urine testing. The defendant shall pay all or a portion of costs associated with such treatment, according to his ability to pay, as directed by probation, 2) The defendant shall participate in a mental health treatment program, as directed by the U.S. Probation Office, and shall pay all or a portion of the costs associated with such treatment, according to his ability to pay, as directed by probation. 3) The defendant shall participate in vocational training or educational training, as directed by the probation office. On May 20, 2005, Mr. Jiles term of supervised release was revoked and he was sentenced to 12 months and one day imprisonment to be followed by a term of supervised release of 23 months with all previous conditions imposed.

Mr. Jiles term of supervised release is set to conclude via maximum expiration on August 26, 2007.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following conditions of supervised release:

Charge No: 1 Mandatory Condition:"You shall not commit another federal, state or local crime." On May 22, 2006, The defendant was arrested by the Hartford Police Department and charged with Threatening 2nd Degree. On June 6, 2006, Mr. Jiles appeared in the Hartford Superior Court where he pled guilty to the charge and was sentenced to a Unconditional Discharge.

[handwritten annotation: "should be 2007" pointing to "June 6, 2006"]

**PRAYING THAT THE COURT WILL ORDER** issue a warrant to be lodged as a detainer with the period of supervision tolled.

**ORDER OF COURT**

Considered and ordered this 19th day of June, 2007 and ordered filed and made a part of the records in the above case.

_____
The Honorable Alvin W. Thompson
United States District Judge

Sworn to By

_____
Xenia T. Gray
United States Probation Officer

Place ___Hartford___

Date ___June 19th, 2007___

Before me, the Honorable Alvin W. Thompson, United States District Judge, on this 19th day of June, 2007 at Hartford, Connecticut, U.S. Probation Officer Xenia T. Gray appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

The Honorable Alvin W. Thompson
United States District Judge