LO FORM 245D

# UNITED STATES DISTRICT COURT

District of _____ CONNECTICUT _____

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| JOSEPH JILES | Case Number: 3:00CR00243(AWT) |
| | USM Number: 04031-014 |
| | 3:00CR00243(AWT) |
| | Defendant's Attorney |

**THE DEFENDANT:**

■ admitted guilt to violation of condition(s) __Standard Condition #1__ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant shall not commit another federal, state or local crime | 6/21/07 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: 7875

Defendant's Date of Birth: 1976

6/21/07
Date of Imposition of Judgment

Defendant's Residence Address:

654 Garden St., 2nd Floor

Hartford, CT 06112

Sig

The Honorable Alvin W. Thompson, U.S. District Judge
Name and Title of Judge

June 25, 2007
Date

Defendant's Mailing Address:

654 Garden St., 2nd Floor

Hartford, CT 06112

DEFENDANT: JOSEPH JILES  
CASE NUMBER: 3:00CR00243(AWT)

Judgment — Page 2 of 2

# IMPRISONMENT

total term of: The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 11 months and 29 days, with credit for time served, with no supervision to follow.

■ The court makes the following recommendations to the Bureau of Prisons:
The Court recommends that the BOP expedite the calculation of the defendant's time served and that he be designated to a facility as close to Connecticut as possible.

■ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____.
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____.
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL